195 So. 907

**DeWitt GREEN v. STATE.**
**I Div. 359.**

Court of Appeals of Alabama.
March 19, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

---

190 So. 921

**Paul GREEN v. STATE.**
**7 Div. 474.**

Court of Appeals of Alabama.
Aug. 24, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

---

192 So. 913

**Clarence GRIFFIN v. STATE.**
**4 Div. 515.**

Court of Appeals of Alabama.
Nov. 21, 1939.

L. C. Rowell, of Elba, for appellant.
Thos. S. Lawson, Atty. Gen., and Wm. N. McQueen, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.

---

192 So. 913

**Mary Frances GRIGGS v. STATE.**
**7 Div. 520.**

Court of Appeals of Alabama.
Nov. 21, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

PER CURIAM.
Appeal dismissed on motion of appellant.

---

196 So. 903

**Charlie GRUVER v. STATE.**
**6 Div. 600.**

Court of Appeals of Alabama.
April 30, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

---

197 So. 902

**E. L. GUNNELS v. STATE.**
**7 Div. 551.**

Court of Appeals of Alabama.
June 11, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.